# EXHIBIT A

RECEIVED

MAR 24 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA, INC., and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD.<br><br>Defendants. | CIVIL ACTION NOS.<br>3:11-CV-04275-MLC-DEA<br>13-CV-00091-MLC-DEA<br><br>(Consolidated for discovery purposes with Civil Action No.<br>11-cv-04275-MLC-DEA) |
| HORIZON PHARMA, INC., and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS INC.<br><br>Defendants. | CIVIL ACTION NO.<br>11-cv-04275-MLC-DEA |

## CONSENT ORDER AMENDING PARAGRAPH 3(f) OF THE AMENDED DISCOVERY CONFIDENTIALITY ORDER

Plaintiffs Horizon Pharma, Inc. and Pozen Inc. (collectively, "Plaintiffs"), defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. (collectively, "Dr. Reddy's"), and defendants Lupin Ltd. and Lupin Pharmaceuticals Inc., (collectively, "Lupin") (Dr. Reddy's and Lupin collective referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval and order of the Court, that Paragraph 3(f) of the Amended Discovery Confidentiality Order shall be amended as follows:

**EXHIBIT A**

f.  For Lupin:

(1) The following are Qualified Persons for all Protected Material (i.e. Confidential and Attorney Confidential):

Rachita Naidu
Richa Mishra
Pavan Kumar Vitta

(2) The following are Qualified persons only for protected Material designated as Confidential (i.e. not Attorney Confidential):

Makrand Avachat
Dr. Girij P. Singh

_s/ John E. Flaherty_
John E. Flaherty
Jonathan M.H. Short
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
*Attorneys for Plaintiffs Horizon Pharma, Inc. and Pozen Inc.*

Stephen M. Hash
Stephen C. Stout
Shannon Kidd
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
(512) 542-8400
*Of Counsel, Plaintiff Pozen Inc.*

Ricardo Rodriguez
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000
*Of Counsel, Plaintiff Horizon Pharma, Inc.*

_s/ Karen A. Confoy_
Karen A. Confoy
Christopher R. Kinkade
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive Building 3
Lawrenceville, NJ 08648
(609) 844-3033

Robert F. Green
Caryn C. Borg-Breen
Jessica M. Tyrus
GREEN, GRIFFITH & BORG-BREEN, LLP
455 North Cityfront Plaza
Suite 3100
Chicago IL 60611
(312) 883-8000
*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.*

_s/ Alan Henry Pollack_
Alan Henry Pollack
Stuart D. Sender
Dmitry V. Shelhoff
BUDD LARNER, PC
150 John F. Kennedy Parkway
Short Hills, NJ 07078-0999
(973) 379-4800
*Attorneys for Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories LTD.*

**EXHIBIT A**

IT IS SO ORDERED.

Dated: March 24th, 2015

_____
Honorable Douglas E. Arpert, U.S.M.J.

**EXHIBIT A**