# EXHIBIT B

**Maggie.Greenwalt**

| | |
|---|---|
| **From:** | Elizabeth M. Flanagan <EFlanagan@fr.com> |
| **Sent:** | Sunday, May 31, 2015 9:50 AM |
| **To:** | Christy.Lea; Chris Winter |
| **Cc:** | Chris.Kennedy; Martina Tyreus Hufnal |
| **Subject:** | Re: iCeutica, et al. v. Lupin: Plaintiffs objections and responses to 1st RFPs and 1st Interrogatories |
| **Attachments:** | 2015-05-29 Pltfs Responses to 1st Set of Rogs Nos. 1-10.pdf |

Christy,

Attached is a PDF of Plaintiffs' interrogatory responses with the confidentiality designation removed.

Martina, copied here, will be in touch with you about scheduling a meet and confer as I am traveling on business several days next week.

Thanks,
Betsy

From: "Christy.Lea" <Christy.Lea@knobbe.com<mailto:Christy.Lea@knobbe.com>>
Date: Friday, May 29, 2015 at 4:49 PM
To: Betsy Flanagan <EFlanagan@fr.com<mailto:EFlanagan@fr.com>>, Chris Winter <cwinter@fr.com<mailto:cwinter@fr.com>>
Cc: "Chris.Kennedy" <Chris.Kennedy@knobbe.com<mailto:Chris.Kennedy@knobbe.com>>
Subject: FW: iCeutica, et al. v. Lupin: Plaintiffs objections and responses to 1st RFPs and 1st Interrogatories

Hi Betsy,

Please provide a date next week when you are available to meet and confer regarding Plaintiffs' objections and (lack of) answers to the RFPs and interrogatories. Also, please identify which responses to interrogatories contain Plaintiffs' confidential information (we do not see any) and, to the extent Plaintiffs' identify any confidential information, provide a redacted version of the interrogatory response.

Best,
Christy


Christy Lea
Partner
949-721-7642 Direct
Knobbe

Martens

1

**EXHIBIT B**

INTELLECTUAL PROPERTY LAW

five decades. one focus.

From: Margriet Hedden [mailto:hedden@fr.com]
Sent: Friday, May 29, 2015 1:28 PM
To: 2Cck; 2cgl; 2wrz; dab@pgslaw.com<mailto:dab@pgslaw.com>; jcp@pgslaw.com<mailto:jcp@pgslaw.com>
Subject: FW: iCeutica, et al. v. Lupin: Plaintiffs objections and responses to 1st RFPs and 1st Interrogatories

Also, please note that the responses to interrogatories are marked HIGHLY CONFIDENTIAL. Thank you.

Margriet Hedden:: Legal Secretary:: Fish & Richardson P.C.
222 Delaware Avenue 17th Floor, P.O. Box 1114, Wilmington, DE 19899
302 778 8436direct ::hedden@fr.com<mailto:hedden@fr.com>
fr.com<http://www.fr.com> :: Bio<http://www.fr.com> :: LinkedIn<http://www.linkedin.com> :: Twitter<http://twitter.com/fishrichardson>

From: Margriet Hedden
Sent: Friday, May 29, 2015 4:25 PM
To: '2cck@knobbe.com<mailto:'2cck@knobbe.com>'; '2cgl@knobbe.com<mailto:'2cgl@knobbe.com>'; '2wrz@knobbe.com<mailto:'2wrz@knobbe.com>'; 'dab@pgslaw.com<mailto:'dab@pgslaw.com>'; 'jcp@pgslaw.com<mailto:'jcp@pgslaw.com>'
Subject: iCeutica, et al. v. Lupin: Plaintiffs objections and responses to 1st RFPs and 1st Interrogatories

Dear counsel:

Please find attached the following:

PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-44); and

PLAINTIFFS' OBJECTIONS AND RESPONSES TO LUPIN'S FIRST SET OF INTERROGATORIES (NOS. 1-10)

Thank you.

Margriet Hedden:: Legal Secretary:: Fish & Richardson P.C.
222 Delaware Avenue 17th Floor, P.O. Box 1114, Wilmington, DE 19899
302 778 8436direct ::hedden@fr.com<mailto:hedden@fr.com>
fr.com<http://www.fr.com> :: Bio<http://www.fr.com> :: LinkedIn<http://www.linkedin.com> :: Twitter<http://twitter.com/fishrichardson>

****************************************************************************

**EXHIBIT B**