# EXHIBIT C

| | |
|---|---|
| **From:** | Martina Tyreus Hufnal <TyreusHufnal@fr.com> |
| **Sent:** | Friday, June 05, 2015 3:23 PM |
| **To:** | Christy.Lea; Martina Tyreus Hufnal; JoAnne Owens; Zorvolex-Lupin FR Service; Elizabeth M. Flanagan; Chris Winter |
| **Cc:** | 2wrz; 2Cck; 2cgl; jcp@pgslaw.com; dab@pgslaw.com |
| **Subject:** | RE: iCeutica Pty Ltd v. Lupin:  Plaintiffs' Initial Claim Charts |

We will provide it next week.

Martina


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Christy.Lea"
Date:06/05/2015 6:11 PM (GMT-05:00)
To: Martina Tyreus Hufnal , JoAnne Owens , Zorvolex-Lupin FR Service , "Elizabeth M. Flanagan" , Chris Winter
Cc: 2wrz <2wrz@knobbe.com>, 2Cck <2Cck@knobbe.com>, 2cgl <2clg@knobbe.com>, jcp@pgslaw.com, dab@pgslaw.com
Subject: RE: iCeutica Pty Ltd v. Lupin: Plaintiffs' Initial Claim Charts

Thanks for the heads up. When will you provide a redacted version?

From: Martina Tyreus Hufnal [mailto:TyreusHufnal@fr.com]
Sent: Friday, June 05, 2015 3:10 PM
To: Christy.Lea; JoAnne Owens; Zorvolex-Lupin FR Service; Elizabeth M. Flanagan; Chris Winter; Martina Tyreus Hufnal
Cc: 2wrz; 2Cck; 2cgl; jcp@pgslaw.com; dab@pgslaw.com
Subject: RE: iCeutica Pty Ltd v. Lupin: Plaintiffs' Initial Claim Charts


Christy - you are incorrect. As you will see when you read the document, there are several references to the NDA, which we consider highly confidential. We will provide a redacted version but what we served should be treated as it was designated.

Martina


Sent from my Verizon Wireless 4G LTE smartphone

**EXHIBIT C**

-------- Original message --------
From: "Christy.Lea"
Date:06/05/2015 5:49 PM (GMT-05:00)
To: JoAnne Owens , Zorvolex-Lupin FR Service , "Elizabeth M. Flanagan" , Chris Winter , Martina Tyreus Hufnal
Cc: 2wrz <2wrz@knobbe.com<mailto:2wrz@knobbe.com>>, 2Cck <2Cck@knobbe.com<mailto:2Cck@knobbe.com>>, 2cgl <2clg@knobbe.com<mailto:2clg@knobbe.com>>, jcp@pgslaw.com,<mailto:jcp@pgslaw.com,> dab@pgslaw.com<mailto:dab@pgslaw.com>
Subject: RE: iCeutica Pty Ltd v. Lupin: Plaintiffs' Initial Claim Charts

Thank you. It does not appear that these documents contain any confidential information of Plaintiffs. Please confirm that these are marked highly confidential because they contain Lupin's confidential information and only Lupin's confidential information. To the extent that you contend that these documents contain any confidential information of Plaintiffs, please provide redacted versions that we may share with our clients.

Best,
Christy

From: JoAnne Owens [mailto:owens@fr.com]
Sent: Friday, June 05, 2015 2:35 PM
To: 2wrz; 2Cck; 2cgl; jcp@pgslaw.com<mailto:jcp@pgslaw.com>; dab@pgslaw.com<mailto:dab@pgslaw.com>
Cc: Zorvolex-Lupin FR Service
Subject: iCeutica Pty Ltd v. Lupin: Plaintiffs' Initial Claim Charts


Counsel,

Attached for service are the following:

* Plaintiffs' Initial Claim Charts;

* HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY Exhibits A, B and C to Plaintiffs' Initial Claim Charts.

Thank you.

JoAnne M. Owens :: Fish & Richardson P.C.
Assistant to John W. Thornburgh, Seth M. Sproul and Megan A. Chacon
12390 El Camino Real, San Diego, CA 92130
858 678 4340 direct ::
owens@fr.com<mailto:owens@fr.com<mailto:owens@fr.com%3cmailto:owens@fr.com>>


**********************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
**********************************************************************************************************

**EXHIBIT C**