# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN*†**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE
AARON C. BAKER

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
www.pgslaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR
†FLORIDA BAR

June 11, 2015

**VIA HAND DELIVERY and CM/ECF**
The Honorable Sherry R. Fallon
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *iCeutica Pty Ltd., et al. v. Lupin Limited, et al.*, C.A. No. 14-1515-SLR-SRF

Dear Judge Fallon:

    Enclosed herein is a Declaration from Lupin's proposed in house designee verifying the representations contained in Lupin's June 11, 20015 discovery dispute letter.

                                              Respectfully submitted,

                                              John C. Phillips, Jr. (#110)

JCP/ekw

cc:  All Counsel of Record (via CM/ECF and email)