IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICEUTICA PTY LTD and<br>IROKO PHARMACEUTICALS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-1515-SLR-SRF<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF RACHITA NAIDU

I, Rachita Naidu, declare as follows:

1.　　I am over the age of 18 and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.　　I am employed by the Intellectual Property Management Group of Lupin Limited. I have been employed by Lupin since December 2006.

3.　　My responsibilities at Lupin are limited to management of intellectual property and patent litigation. I track patent litigations, provide updates on those litigations to management, and I communicate with other groups about those litigations. Communications with management and other groups are limited to information that is already in the public domain.

4.　　I was not involved with product clearance for Lupin's generic Zorvolex® product.

5. I agree not to participate in any patent prosecution related to Lupin's generic Zorvolex® product going forward.

6. I am willing to sign the undertaking attached to the proposed protective order and to submit to the jurisdiction of this Court.

7. I have previously been permitted access to confidential information in other cases in the U.S. with no allegations of improper use or disclosure of that confidential information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Execute on June 11, 2015, at Pune, India.

_____
Rachita Naidu