IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICEUTICA PTY LTD and ) <br> IROKO PHARMACEUTICALS, LLC, ) <br>                                                   ) <br>         Plaintiffs,                               ) <br>                                                   )   C.A. No. 14-1515-SLR-SRF <br>    v.                                             ) <br>                                                   ) <br> LUPIN LIMITED and LUPIN                           ) <br> PHARMACEUTICALS, INC.,                            ) <br>                                                   ) <br>         Defendants.                               ) | |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") and Plaintiffs iCeutica PTY Ltd and Iroko Pharmaceuticals, LLC (collectively, "Plaintiffs") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the discovery matters discussed at the June 15, 2015 discovery hearing and any additional outstanding discovery disputes that may arise thereafter, consistent with the Court's instructions during the June 15, 2015 hearing.

In light of a previous communication with the Court during the June 15, 2015 hearing, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on August 13, 2015 at 3:30 p.m. (eastern), with counsel for Lupin to initiate the call. The parties shall contact Chambers in advance of the briefing deadlines if additional guidance on the form and length of submissions is needed.

Respectfully submitted,

By: */s/ John C. Phillips, Jr.*

OF COUNSEL:

William R. Zimmerman
Christopher C. Kennedy
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, D.C.  20006
Telephone:  (202) 640-6400
Facsimile:  (202) 640-6401
2wrz@knobbe.com
2cck@knobbe.com

Christy G. Lea
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502
2cgl@knobbe.com

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, GOLDMAN & SPENCE
1200 North Broom Street
Wilmington, DE  19806-4204
Telephone:  (302) 655-4200
Facsimile:  (302) 655-4210
jcp@pgslaw.com
dab@pgslaw.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

W. Chad Shear
Megan A. Chacon
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
shear@fr.com;
chacon@fr.com

By: */s/ Elizabeth M. Flanagan*

Elizabeth M. Flanagan (#5891)
Martina Tyreus Hufnal (#4771)
Christopher A. Winter (#5817)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone: 302-652-5070
Facsimile: 302-652-0607
tyreus-hufnal@fr.com
eflanagan@fr.com
cwinter@fr.com

*Attorneys for Plaintiffs iCeutica PTY Ltd and Iroko Pharmaceuticals, LLC*