IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICEUTICA PTY LTD and<br>IROKO PHARMACEUTICALS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | C. A. No. 14-1515 (SLR-SRF) |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

　　　　Plaintiffs iCeutica Pty Ltd and Iroko Pharmaceuticals, LLC (collectively, "Plaintiffs") and Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. Specifically, Plaintiffs will raise Lupin's failure to designate Rule 30(b)(6) witnesses for Topics 10, 13-15, and 22-24 and unwillingness to facilitate requested depositions of foreign witnesses in the United States.

　　　　In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on April 20, 2016 at 10:00 a.m. with counsel for Plaintiffs to initiate the call.

Dated:  March 30, 2016					FISH & RICHARDSON P.C.


							By:  */s/ Martina Tyreus Hufnal*
							       Elizabeth M. Flanagan (#5891)
							       Martina Tyreus Hufnal (#4771)
							       Christopher A. Winter (#5817)
							       222 Delaware Avenue, 17th Floor
							       P. O. Box 1114
							       Wilmington, DE 19899-1114
							       Phone: 302-652-5070 / Fax: 302-652-0607
							       Emails:  tyreus-hufnal@fr.com;
							       eflanagan@fr.com; cwinter@fr.com

							       W. Chad Shear (#5711)
							       Megan A. Chacon
							       12390 El Camino Real
							       San Diego, CA 92130
							       Phone: 858-678-5070 / Fax: 858-678-5099
							       Emails:  shear@fr.com; chacon@fr.com

							*Attorneys for Plaintiffs ICEUTICA PTY LTD and IROKO PHARMACEUTICALS, LLC*


							PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL P.A.


							By:  */s/ John C. Phillips, Jr.*
							       John C. Phillips, Jr. (#110)
							       David A. Bilson (#4986)
							       1200 North Broom Street
							       Wilmington, DE 19806-4204
							       Phone: 302-655-4200 / Fax: 302-655-4210
							       Emails:  jcp@pgmhlaw.com; dab@pgmhlaw.com

							       Of Counsel:
							       William R. Zimmerman
							       Christopher C. Kennedy
							       KNOBBE, MARTENS, OLSON & BEAR, LLP
							       1717 Pennsylvania Avenue N.W., Suite 900
							       Washington, D.C.  20006
							       Telephone:  (202) 640-6400 / Fax: (202) 640-6401
							       2wrz@knobbe.com
							       2cck@knobbe.com

          Christy G. Lea
          KNOBBE, MARTENS, OLSON & BEAR, LLP
          2040 Main Street, 14th Floor
          Irvine, CA 92614
          Telephone: (949) 760-0404 / Fax: (949) 760-9502
          2cgl@knobbe.com

*Attorneys for Defendants LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.*