**EXHIBIT 5.1**

**PLAINTIFFS' LIST OF WITNESSES TO BE CALLED AT TRIAL**

Pursuant to Delaware Local Rule 16.3(c)(7), Plaintiffs hereby disclose the following list of witnesses they presently intend to call or may call to testify at trial either in person or by deposition designation. If any witness listed as a person whom Plaintiffs intend to call to testify in person is unavailable, Plaintiffs reserve the right to offer deposition testimony from such witness. Plaintiffs also reserve the right to (1) call anyone appearing on Lupin's witness list; (2) call additional witnesses in rebuttal to those witnesses called by Lupin; (3) call additional witnesses to the extent necessary to provide foundational testimony should Lupin contest the authenticity or admissibility of any materials to be offered at trial; (4) call additional witnesses to respond to issues raised after the submission of this list; (5) call any witness for purposes of impeachment; and (6) substitute witnesses on this list, should any of the listed witnesses become unavailable for trial. Plaintiffs further reserve the right to amend and update this list, to submit, as appropriate, additions and/or deletions or revisions to this list as the pretrial and trial process evolves. Plaintiffs expressly reserve the right to introduce deposition testimony in accordance with Fed. R. Civ. P. 32(a).

    A.    **Witnesses Whom Plaintiffs Will Call to Testify in Person**[1]

        1.    Dr. Cory Berkland

    B.    **Witnesses Whom Plaintiffs May Call to Testify in Person**

        2.    Dr. Allan Gibofsky

        3.    Dr. H. William Bosch

        4.    Mr. Matthew Callahan

        5.    Dr. Clarence Young

---

[1] In addition to any witnesses for which deposition testimony has been designated.

**C.    Witnesses Whom Plaintiffs May Call to Testify by Deposition Designation**

    6.    Mr. Pramod Dahibhate

    7.    Mr. T. Vijaya Kumar

    8.    Dr. Subhash Gore

    9.    Mr. Debashis Mohanty

    10.    Ms. Shilpa Talati

    11.    Mr. Pritesh Upadhyay

    12.    Dr. Aaron Dodd

    13.    Dr. Marck Norret

    14.    Dr. Felix Meiser

    15.    Dr. Anita Meiklejohn

    16.    Mr. Dan Kelsey

    17.    Mr. Paul Kirsch